**Dismiss and Opinion Filed June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00234-CR

### JENNA BRIANNE YODER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 7
### Dallas County, Texas
### Trial Court Cause No. M12-49154-H

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and FitzGerald

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140234F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JENNA BRIANNE YODER, Appellant

No. 05-14-00234-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 7, Dallas County, Texas
Trial Court Cause No. M12-49154-H.
Opinion delivered per curiam before Justices
Moseley, O'Neill, and FitzGerald.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered June 30, 2014